USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                   :

  HAYAT HUDHUD,                       :

                                :

                     Plaintiff,   :                  1:26-cv-2377-GHW

                                :

         -against-           :

                                :                   ORDER

  DOLLAR TREE STORES, INC.,   :

                                :

               Defendant.   :

                                :

-----------------------------------------------------------:
                                X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of

Bronc, on March 25, 2026.  Dkt. No. 2.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to

demand a jury trial in this matter, the demand must be served and filed no later than April 8, 2026.

      SO ORDERED.

Dated:  March 31, 2026
        New York, New York

                                _____
                                  GREGORY H. WOODS
                           United States District Judge